

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2021

No. 04-21-00213-CV

**AIKG, LLC D/B/A ANDRETTI INDOOR KARTING & GAMES**,
Appellant

v.

**CSP CONSULTANTS GROUP, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI12924
Honorable Tina Torres, Judge Presiding

## O R D E R

In this accelerated appeal, the clerk's record was due on June 4, 2021. On June 8, 2021, the trial court clerk filed a notification of late clerk's record, stating appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee for preparing the record.

We, therefore, ORDER appellant to provide written proof to this court **no later than June 18, 2021** that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court